JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,** | **CASE NO. 2:21-cv-01838-WDK-JC** |
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL** |
| vs. | |
| **GUILLERMO PADILLA, et al,** | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G Closed Circuit Events, LLC, and Defendants Guillermo Padilla, Martha O. Padilla, and La Barca Grill and Cantina, Inc., that the above-entitled action is hereby dismissed **without prejudice** against Guillermo Padilla, Martha O. Padilla, and La Barca Grill and Cantina, Inc..

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by July 23, 2021, the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____     Dated: April 29, 2021
**The Honorable William D. Keller**
**United States District Court**
**Central District of California**